# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                                  CRIMINAL

                                      CASE NO. 03mj0467 RBC

Jose Duran
        Defendant

## APPOINTMENT OF FEDERAL DEFENDER MIRIAM CONRAD

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of November 19, 2003 to represent said defendant in this cause until further order of the Court.

                                      TONY ANASTAS
                                      CLERK OF COURT

                        By:  *Gina P. Affsa, Esq.*
                              Deputy Clerk

DATE: *November 20, 2003*

(Order.FD.wpd - 11/98)                                                      [koapptpd.]