

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210

TONY ANASTAS
CLERK OF COURT

GINA P. AFFSA, ESQ.
DEPUTY CLERK TO THE
HONORABLE ROBERT B. COLLINGS, MJ
Direct: 617-748-9233

December 15, 2003

United States District Court
District of Maine
Clerk's Office
Attn: Susan Hall, Case Manager to Magistrate Judge Cohen
156 Federal Street
Portland, Maine 04101

Re:   *United States v. Jose Duran*
      03-82-C (Dist. of Maine)
      Magistrate Judge #03mj0467 RBC (D. Massachusetts)

Dear Ms. Hall:

   The defendant, Jose Duran, was ordered removed on December 9, 2003. An Order has issued directing the Marshal to deliver the defendant to your District. After a full hearing in this district, probable cause was found and the defendant was ordered detained.

   Enclosed is a certified copy of our docket and all original papers in the case from the District of Massachusetts. Kindly docket these papers in your District and forward them to the appropriate personnel.

   We have closed our file; thank you for your attention in this matter.

                                        Very truly yours,

                                        S/
                                        Gina P. Affsa
                                        Deputy Clerk

Enclosures
Certified Mail/ Return Receipt Requested